IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mingo, Tameka L

Printed: 10/29/08

Case Number: 08 B 15629
Judge: Wedoff, Eugene R
Filed: 6/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peoples Energy Corp | Unsecured | 214.61 | 0.00 |
| 2. | T Mobile USA | Unsecured | 40.30 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 198.36 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 206.73 | 0.00 |
| 5. | Credit Acceptance Corp | Unsecured | 618.68 | 0.00 |
| 6. | Cingular Wireless | Unsecured | | No Claim Filed |
| 7. | Kaplan | Unsecured | | No Claim Filed |
| 8. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 9. | American Collection Corp | Unsecured | | No Claim Filed |
| 10. | Advocate Health Care | Unsecured | | No Claim Filed |
| 11. | City Of Chicago | Unsecured | | No Claim Filed |
| 12. | HSBC | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Professional Account Management | Unsecured | | No Claim Filed |
| 17. | ST Francis Hospital - Evanston | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | RCN Cable | Unsecured | | No Claim Filed |
| 20. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Inovision | Unsecured | | No Claim Filed |
| 22. | 77th St Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 23. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 1,278.68 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Mingo, Tameka L

Printed: 10/29/08

Case Number:  08 B 15629
Judge:  Wedoff, Eugene R
Filed:  6/18/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

